In the Matter of the Claim of SAM STEINBERG, Respondent, against M. & J.
ROSENBERG CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD,
Respondent.— Award unanimously affirmed, with costs to the State Industrial
Board, on the authority of *Matter of Carbone* v. *Loft* (219 N. Y. 579); *Matter of
Verschleiser* v. *Stern & Son* (229 id. 192); *Matter of Leonbruno* v. *Champlain Silk
Mills* (Id. 470); *Janschewsky* v. *Bliss Co.* (198 App. Div. 8); *Matter of Fried* v.
*Quinlan, Inc.* (242 N. Y. 496). Present — Van Kirk, Acting P. J., Hinman,
McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of JAMES J. GREEN, Committee for DORA BACH,
Incompetent, and Another, Respondents, against THE FOREST BOX AND
LUMBER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respond-
ent.— Awards unanimously affirmed, with costs to the State Industrial Board.
Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of PAUL WINDT, Appellant, against McCALL MACHINE
WORKS and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD,
Respondent.— Decision unanimously affirmed.    Present — Van Kirk, Acting P. J.,
Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of JENNIE SPITZ, Respondent, against PYRAMID
MOTOR CAR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD,
Respondent.— Award reversed and claim dismissed, with costs against the State
Industrial Board, on the authority of *Miller* v. *National Roofing Co.* (216 App.
Div. 612). Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.,
concur.

In the Matter of the Claim of CONCETTA CONVERSO, Respondent, against
UNION BAG AND PAPER COMPANY and Another, Appellants. STATE INDUSTRIAL
BOARD, Respondent.— Award and decision unanimously affirmed, with costs to
the State Industrial Board.    Present — Van Kirk, Acting P. J., Hinman, McCann,
Davis and Whitmyer, JJ.

In the Matter of the Claim of GIUSEPPE RETUCELLI, Respondent, against
SOL BATTISTA and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.
— Award unanimously affirmed, with costs to the State Industrial Board, on the
authority of *Matter of De Caprio* v. *General Electric Co.* (244 N. Y. 500). Present —
Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of CARRIE AUSTIN, Respondent, against KEEN's
ENGLISH CHOP HOUSE and Another, Appellants. STATE INDUSTRIAL BOARD,
Respondent.— Award unanimously affirmed, with costs to the State Industrial
Board.    Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whit-
myer, JJ.

In the Matter of the Claim of ELIZABETH ARGENTI, Respondent, against CARTER
& WEEKS STEVEDORING COMPANY and Another, Appellants. STATE INDUSTRIAL
BOARD, Respondent.— Award reversed on the ground that failure to give written
notice of death is not properly excused, and claim remitted, with costs against
the State Industrial Board to abide the event.    Van Kirk, Acting P. J., Hinman,
McCann, Davis and Whitmyer, JJ., concur.